```
1  BARRY J. PORTMAN
   Federal Public Defender
2  JEROME E. MATTHEWS
   Assistant Federal Public Defender
3  555 - 12th Street
   Suite 650
4  Oakland, CA 94607-3627
   Telephone: (510) 637-3500
5
   Counsel for Defendant LAURICE WALKER
6
```

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. CR-05 00087 CW |
|---|---|---|
| Plaintiff, | ) | ORDER GRANTING STIPULATION CONTINUING STATUS CONFERENCE DATE |
| vs. | ) | |
| LAURICE WALKER, | ) | |
| Defendant. | ) | |

Laurice Walker presently is scheduled to appear before the Court on July 18, 2005 to discuss the status of this matter and determine whether she will contest the Form 12 filed on May 19, 2005 or agree on an alternative course of action. Since her last appearance, Ms. Walker has been examined by a psychologist, and the psychologist is in the process of preparing a written evaluation. Because the evaluation will not be completed by July 18, 2005,

IT IS STIPULATED AND AGREED that this matter may be continued to August 8, 2005 at 2:30 p.m. to afford the psychologist sufficient time to complete his written evaluation of Ms. Walker. This date is convenient to the Probation Officer.

STIP/ORD                                                 1

Dated: July 15, 2005

/S/
_____
JEROME E. MATTHEWS
Assistant Federal Public Defender

Dated: July 15, 2005

/S/
_____
BRIAN STRETCH
Assistant United States Attorney

I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this e-filed document.

Good cause appearing therefor, IT IS ORDERED that this matter be continued to August 8, 2005 at 2:30 p.m.

/s/ CLAUDIA WILKEN

Dated: July 15, 2005              _____
CLAUDIA WILKEN
United States District Judge

STIP/ORD                                   2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies under penalty of perjury that a true copy of the foregoing

**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS CONFERENCE DAT**

was hand delivered to:

UNITED STATES PROBATION
1301 Clay Street, Suite 220S
Oakland, California  94612

ATTN:  USPO Nicole Fairchild

Dated: July 15, 2005

```
                               /S/
                    _____
                         ELIZABETH A. COOLEY
```

STIP/ORD                                 3