```
                                                            RECEIVED
    FILED                                                   SEP - 6 2005
    SEP - 7 2005          IN THE UNITED STATES DISTRICT COURT   CLAUDIA WILKEN
    RICHARD W. WIEKING                                          U.S. DISTRICT JUDGE
    CLERK, U.S. DISTRICT COURT  FOR THE NORTHERN DISTRICT OF CALIFORNIA
    NORTHERN DISTRICT OF CALIFORNIA
           OAKLAND
```

UNITED STATES OF AMERICA,       )   No. CR 05-0087-01 CW
                                )
        Plaintiff,              )   STIPULATION MODIFYING
                                )   CONDITIONS OF SUPERVISED
   v.                           )   RELEASE
                                )
LAURICE NATE WALKER,            )
                                )
        Defendant.              )

IT IS HEREBY STIPULATED, by and between the parties to this action that the offender's supervised release be modified to include the special condition that the defendant shall reside for a period of five (5) months, to commence immediately, in a community corrections center, and shall observe the rules of that facility. On August 8, 2005, all parties appeared before Your Honor for sentencing on a Petition for Summons for Offender Under Supervision. The offender admitted to Charge One of the petition and all parties agreed as a sanction the offender would reside in a community corrections center for a period of five (5) months.

DATED: August 2, 2005
                                    JEROME MATTHEWS
                                    Assistant Federal Public Defender

DATED: September 3, 2005
                                    KIMBERLY BRIGGS
                                    Assistant United States Attorney

DATED: August 30, 2005
                                    NICOLE FAIRCHILD
                                    United States Probation Officer

## ORDER

GOOD CAUSE APPEARING, IT IS ORDERED that Laurice Nate Walker's supervised release be modified to include that she reside for a period of five (5) months, to commence immediately, in a community corrections center, and shall observe the rules of that facility.

IT IS SO ORDERED.

Dated: August ___, 2005

SEP - 7 2005

CLAUDIA WILKEN
United States District Judge